Cite as 2023 Ark. 89

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | Opinion Delivered May 18, 2023 |

## PER CURIAM

Kathryn Elizabeth Platt of Fayetteville, Third Congressional District, and Natasha Murray of Maumelle, at-large position, are reappointed to the Committee on the Unauthorized Practice of Law for three-year terms to expire on May 31, 2026. The court thanks Ms. Platt and Rev. Murray for accepting reappointment to this important committee.

Josseline Montes Trevino of Springdale, Third Congressional District, is appointed to the Committee on the Unauthorized Practice of Law for a three-year term to expire on May 31, 2026. Meagan Davis of Hatfield is appointed to the Committee on the Unauthorized Practice of Law as an alternate member for a three-year term to expire on May 31, 2026. The court thanks Ms. Montes Trevino and Ms. Davis for accepting appointment to this committee.